JESSIE WALLACE et al., Appellants, *v.* HOWARD G. WALLACE, Individually and as Surviving Executor of JULIET WALLACE, Deceased, et al., Respondents.

Reported below, 158 App. Div. 273.
(Argued October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1913, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for specific performance.

The motion was made upon the grounds that plaintiffs have waived the right to appeal; that they are not parties aggrieved; that the appeal is for purpose of delay only; that the decision of the Appellate Division was unanimous, and that the exceptions are frivolous.

*Clifford Couch* for motion.

*John H. Jackson* opposed.

Motion denied, with ten dollars costs.

---

MARSHALL O. WILSON et al., Individually and as Executors of and Trustees under the Will of RICHARD T. WILSON, Deceased, et al., Respondents, *v.* JAMES B. FORD et al., Appellants.

(Submitted October 20, 1913; decided October 28, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 209 N. Y. 186.)